## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MARYLAND

In re:
Tucker, Francesca Marie                              *
       Debtor(s)                               *   Case No. 17-25596
                                                *   Chapter 13
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
Santander Consumer USA Inc                                             *
                                                *
       Movant                                  *
vs.                                                  *
Tucker, Francesca Marie,                             *
       Respondents.                            *

## RESPONSE OF DEBTOR TO MOTION SEEKING RELIEF FROM THE AUTOMATIC STAY AND TO RECLAIM PROPERTY

    Debtor, by Counsel, hereby responds to the Movant, Santander Consumer USA Inc's, Motion Seeking Relief From the Automatic Stay and request that such Motion be in all things denied.

    1.    Debtor admits the allegations of Paragraph 1 of the Motion herein.

    2.    Debtor admits the allegations of Paragraph 2 of the Motion herein.

    3.    Debtor admits the allegations of Paragraph 3 of the Motion herein.

    4.    Debtor admits the allegations of Paragraph 4 of the Motion herein.

    5.    Debtor admits the allegations of Paragraph 5 of the Motion herein.

    6.    Debtor admits the allegations of Paragraph 6 of the Motion herein.

    7.    Debtor can neither admit nor deny the allegations of Paragraph 7 of the Motion herein due to insufficient information.

    8.    Debtor can neither admit nor deny the allegations of Paragraph 8 of the Motion herein due to insufficient information.

    9.    Debtor can neither admit nor deny the allegations of Paragraph 9 of the Motion herein due to insufficient information.

    10.    Debtor denies the allegations of Paragraph 10 of the Motion herein.

    11.    Debtor denies the allegations of Paragraph 11 of the Motion herein.

12. Debtor denies the allegations of Paragraph 12 of the Motion herein.

13. Debtor requests that the Court take judicial notice that Debtor is in current negotiations with Creditor regarding payment arrangements.

WHEREFORE, Debtor prays that Movant's Motion for Relief From the Automatic Stay be in all things denied.

Dated: August 26, 2019                    Respectfully submitted,

/s/ Suren G. Adams_____
Debtor's Counsel -- Suren G. Adams # 16097
Adams Law Office, LLC
4201 Northview Drive, Suite 401
Bowie, MD 20716
(301)805-5892

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Response of Debtor to Creditor Santander Consumer USA's, Motion Seeking Relief From the Automatic Stay has been served by CM/ECF electronic mail on August 26, 2019 to Counsel for Movant, Michael J. Klima, at bankruptcy@peroutkalaw.com, and the Trustee assigned to this case, Nancy Spencer Grigsby, at grigsbyecf@ch13md.com.

/s/Suren G. Adams_____
Debtor's Counsel -- Suren G. Adams # 16097
Adams Law Office, LLC
4201 Northview Drive, Suite 401
Bowie, MD 20716